No. 320. S. G. BARTUS, d/b/a Capital Speedway, Respondent, v. SCHLOBOHM, Defendant: LEN SCHLOBOHM EXCAVATING, INC., Appellant.

(Also reported in 216 N. W. 2d 48.)

APPEAL from a judgment of the circuit court for Dane county entered October 30, 1972: W. L. JACKMAN, Circuit Judge.

Contracts. Racetrack construction. Breach of agreement to excavate. Damage award. Evidence. Sufficiency.

The cause was submitted for the appellant on the brief of *Lee, Lee & Johnson, S. C.,* of Madison, and for the respondent on the brief of *Johnson, Bieber & Kirkhuff* of Madison.

Judgment affirmed.